# United States District Court, Western District of Wisconsin

| Name of Assigned Judge or Magistrate Judge | Philip G. Reinhard | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 10 C 787 | **DATE** | 12/28/2011 |
| **CASE TITLE** | L.W. Survey Engineering & Design Co. v. Global Land Services, Inc. et al | | |

**DOCKET ENTRY TEXT:**

Defendants, Global Land Services, Inc. and Rodney W. Wolf, are to file a response to the plaintiff's motion to enforce settlement within 21 days, and any reply shall be filed within 14 days of the response. Should there be any contested issues of material fact, the court will set the matter for a hearing. This court will retain jurisdiction over this case.

*Philip G. Reinhard*

Electronic Notices.

| | Courtroom Deputy Initials: | JT |
|---|---|---|